**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Olamide Fedapo Ogunnowo v. The State of Texas

Appellate case number:   01-22-00174-CR

Trial court case number:  19-DCR-086413

Trial court:                    400th District Court of Fort Bend County

On January 6, 2023, Appellant Olamide Ogunnowo ("Appellant") filed a Motion for Extension of Time to File Brief, requesting a forty-five day extension to file his appellate brief. Appellant's brief was due January 10, 2023.[1]  Appellant's counsel explains that a family emergency has hampered his ability to complete the brief by the due date.  Although there is no certificate of conference, Appellant states in his motion that the parties agreed to the motion. The State did not file a response to the motion or otherwise indicate an opposition to Appellant's request for extension of time.

Appellant's Motion for Extension of Time to File Brief is **granted**.  Appellant's brief is due **February 24, 2023**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                            Acting individually

Date:  January 19, 2023

---

[1]      Appellant's brief originally was due August 11, 2022, but acting pro se, he secured several motions for extension of time in which to file his brief.  This is the second motion for extension filed by his appointed counsel.